```
ANDERSON & LEBLANC, A.P.L.C.
RICHARD G. ANDERSON - STATE BAR NO. 041246
JEFF W. LEBLANC - STATE BAR NO. 253200
1365 West Foothill Boulevard, Suite 2
Upland, California   91786
(909) 949-2226
```

Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN RODRIGUEZ; JOHN J. CLINE and Does 1-10, inclusive,<br><br>    Defendants. | USDC No: 5:21-cv-1384-JWH-SP<br><br>DEFENDANT'S AMENDED ANSWER TO COMPLAINT |

      As an Amended Answer to the Unverified Complaint on file in this action, Defendant, JOHN J. CLINE, (hereinafter "Defendants") hereby Answers the allegations therein as follows:

      1.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 1 of the Complaint and on that basis denies the allegations.

      2.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 2 of the Complaint.

3.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 3 of the Complaint.

4.    Defendant denies the allegations of Paragraph 4 of the Complaint.

5.    Defendant denies the allegations of Paragraph 5 of the Complaint.

6.    Defendant admits the allegations of Paragraph 6 of the Complaint.

7.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 7 of the Complaint and on that basis Denies the allegations.

8.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 8 of the Complaint and on that basis Denies the allegations.

9.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 9 of the Complaint and on that basis Denies the allegations.

10.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 10 of the Complaint and on that basis Denies the allegations.

11.    Defendant denies the allegations of Paragraph 11 of the Complaint.

12.    Paragraph 12 is mere legal preamble.

13.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 13 of the Complaint and on that basis denies the allegations.

14.    Defendant denies the allegations in Paragraphs 14, of the Complaint.

15.    Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 15 of the Complaint and on that basis denies the allegations.

/ / / / / /

/ / / / / /

16. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 16 of the Complaint and on that basis denies the allegations.

17. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 17 of the Complaint and on that basis denies the allegations.

18. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 18 of the Complaint and on that basis denies the allegations.

19. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 19 of the Complaint and on that basis denies the allegations.

20. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 20 of the Complaint and on that basis denies the allegations.

21. Defendants do not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 21 of the Complaint and on that basis denies the allegations.

22. Defendant denies the allegations of Paragraph 22 of the Complaint.

23. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 23 of the Complaint and on that basis denies the allegations.

24. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 24 of the Complaint and on that basis denies the allegations.

25. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 25 of the Complaint and on that basis denies the allegations.

26. Defendant denies the allegations of Paragraph 26 of the Complaint.

27. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 27 of the Complaint and on that basis denies the allegations.

28. Defendants repeat and incorporates by reference each and every response contained in all prior Paragraphs of the Complaint.

29. Paragraph 29 is mere legal preamble.

30. Defendant denies the allegations of Paragraph 30 of the Complaint.

31. Defendant denies the allegations of Paragraph 31 of the Complaint.

32. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations in Paragraph 32 of the Complaint and on that basis denies the allegations.

33. Defendant does not possess sufficient personal knowledge or information to either admit or deny the allegations of Paragraph 33 of the Complaint and on that basis denies the allegations.

34. Defendant denies deny the allegations of Paragraph 34 of the Complaint.

Defendants, JOHN J. CLINE, hereby pleads the following Affirmative Defenses in response to the Complaint:

1. **STATUTE OF LIMITATIONS**

Defendant alleges that each and every cause of action stated in the Complaint is barred by the applicable statute of limitations.

2. **DEFENDANT IS IN FULL COMPLIANCE**

Defendant retained a qualified CASp/ADA Survey and based thereon completed all requirements to be in full compliance with all ADA requirements.

/ / / / / /

**WHEREFORE,** this answering Defendant prays that Plaintiff take nothing by reason of said complaint; that this answering Defendant be awarded costs of suit herein and such other and further relief as the Court deems just; that if this answering Defendant is found liable, the degree of the responsibility and liability for the resulting damages is determined and that this answering Defendant is liable only for that portion of the total damages in proportion to this answering Defendant's responsibility for the same.

DATED: October 11, 2021   ANDERSON & LEBLANC, A.P.L.C.

RICHARD G. ANDERSON, Attorney for Defendant, JOHN CLINE

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF _____

I have read the foregoing _____
_____ and know its contents.

### ☐ CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____, at _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____    _____
Type or Print Name              Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** SAN BERNARDINO

I am employed in the county of <u>San Bernardino</u>, State of California.
I am over the age of 18 and not a party to the within action; my business address is: <u>1365 WEST FOOTHILL BOULEVARD, SUITE 2, UPLAND, CALIFORNIA, 91786</u>

On, <u>October 11, 2021</u> I served the foregoing document described as <u>DEFENDANT'S AMENDED ANSWER TO COMPLAINT</u>

_____ on <u>the interested parties</u> _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[x] by placing ☐ the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows:

ROSS CORNELL, ESQ.
LAW OFFICES OF ROSS CORNELL, APC
POST OFFICE BOX 1989 #305
BIG BEAR LAKE, CA  92315
Email:  rc@rosscornelllaw.com

[x] **BY MAIL**

[x] *I deposited such envelope in the mail at <u>Upland</u>_____, California.
The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on <u>October 11, 2021</u>, at _____, California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____, at _____, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

ROBERTA M. MUSSER                    *(signature)*
Type or Print Name                    Signature

*BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus                Rev. 7/99